IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-600

| | |
|---|---|
| X-WIRE TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PHILADELPHIA INDEMNITY, ) | |
| INSURANCE COMPANY , ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court, *sua sponte*, for Plaintiffs' failure to comply with Local Rule 83.1 requiring attorneys to register for ECF. On November 22, 2010 this court sent notice to counsel for Plaintiff James E. Doroshow, Jeffrey S. Kravitz, and Allison L. Kashon that pursuant to the Local Rules of the Western District of North Carolina they are required to register for ECF at www.ncwd.uscourts.gov. When counsel for Plaintiff failed to register, this court sent a second notice on January 4, 2011.

**IT IS, THEREFORE, ORDERED** that counsel for Plaintiff has thirty days from the day of this Order to register for ECF pursuant to Local Rule 83.1. Failure to so register may result in the dismissal of this case and/or counsel for Plaintiff being held in contempt.

Signed: February 3, 2011

Richard L. Voorhees
United States District Judge