# United States District Court
# For The Western District of North Carolina
# Charlotte Division

X-Wire Technologies Inc.,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:10cv600

Philadelphia Indemnity Insurance Company,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 25, 2011 Order.

Signed: May 25, 2011

Frank G. Johns, Clerk
United States District Court